**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSEPH E. LAWRENCE,<br><br>Plaintiff,<br><br>v.<br><br>DR. MINEV, *et al.*<br><br>Defendants. | Case No. 2:22-cv-01782-APG-EJY<br><br>**ORDER** |

On July 11, 2023, the Court entered an Order requiring the Attorney General (the "AG") to file a notice advising the Court and Plaintiff of the names of the defendants on whose behalf the AG would accept service as well as the names of the defendants for whom the AG could not accept service. ECF No. 16. The last known addresses for those defendants the AG could not represent were to be filed under seal. *Id.*

On August 1, 2023, the AG filed a response to the Court's Order stating "[s]ervice is accepted on behalf of Defendants, David Rivas, Michael Minev, Wilson Bernales, Gregory Bryan, and Bob Faulkner, who are current and former employees of the Nevada Department of Corrections." ECF No. 17. The AG also stated it could not accept service on behalf of Defendant Ted Hanf. *Id.* Defendant Hanf's last known address was filed under seal. ECF No. 18.

Accordingly, IT IS HEREBY ORDERED that the U.S. Marshal's Service must attempt service on Defendant Ted Hanf.

IT IS FURTHER ORDERED that the Clerk of Court **must** issue a summons for Defendant Ted Hanf and deliver the same to the U.S. Marshal for service together with one copy of each of the following documents: this Order; Plaintiff's Complaint (ECF No. 6); the Court's Screening Order (ECF No. 5); and the address for Ted Hanf filed under seal (ECF No. 18).

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 form, together with a copy of this Order. **Plaintiff must** complete the USM-285 form regarding Ted Hanf

to the best of his ability and return the same to the Clerk's Office by mail no later than **September 1, 2023**.

IT IS FURTHER ORDERED that upon receipt of the completed USM-285 form in the Clerk's Office, the Clerk of Court **must** file the USM 285 form **under seal**, recording the same on the docket, and deliver a copy of the completed form to the U.S. Marshal **within one Court day of receipt**.

IT IS FURTHER ORDERED that the U.S. Marshal Service **must** attempt to effect service of the summons, Plaintiff's Complaint, and Screening Order on Defendant Ted Hanf no later than **fifteen days** after receipt of the completed USM-285 form.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Ted Hanf may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED this 2nd day of August, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE