UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH E. LAWRENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. MINEV, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01782-APG-EJY<br><br>**ORDER** |

　　On March 29, 2024, the Court sent Plaintiff a Minute Order. ECF No. 33. Mail was returned as undeliverable later that same day. ECF No. 34. On April 19, 2024, the Nevada Department of Corrections inmate database shows Plaintiff is no longer incarcerated and has not updated his address with the Court in violation of U.S. District Court for the District of Nevada Local Rule IA 3-1. LR IA 3-1 states a "pro se party … [to] immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** file his updated address with the Court no later than **May 15, 2024**.

　　IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order will result in a recommendation to dismiss this action without prejudice.

　　DATED this 19th day of April, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE