UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH E. LAWRENCE, | Case No. 2:22-cv-01782-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| DR. MINEV, et al., | |
| Defendants. | |

On April 19, 2024 the Court entered an Order instructing Plaintiff to update his address no later than May 15, 2024.  ECF No. 35.  On May 8, 2024, the Court received a letter from Plaintiff that includes his updated address.  ECF No. 36.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** update the docket to reflect Plaintiff's current address as indicated on his letter at ECF No. 36.

IT IS FURTHER ORDERED that the Clerk of Court **mut** send Plaintiff a copy of this Order and the Scheduling Order (ECF No. 28) that provides the status of this case.  These documents **must** be sent to Plaintiff's current mailing address.

DATED this 9th day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE