UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH E. LAWRENCE,<br><br>　　Plaintiff<br><br>v.<br><br>DR. MINEV, et al.,<br><br>　　Defendants | Case No.: 2:22-cv-01782-APG-EJY<br><br>**Order** |

On June 24, 2024, the defendants filed a motion for summary judgment. ECF No. 43. The court thereafter issued a *Klingele* notice. ECF No. 47. The Klingele notice was returned in the mail. ECF No. 49. A few days later, plaintiff Joseph Lawrence updated his address with the court. ECF No. 50. It appears that because Lawrence was released from custody and changing his address, he may not have received either the defendants' motion for summary judgment or the court's *Klingele* notice. Consequently, I direct the defendants to send their motion and the *Klingele* notice to Lawrence at his new address. Lawrence has until August 23, 2024 to respond to the motion.

I THEREFORE ORDER the defendants to send copies of their motion for summary judgment (ECF No. 43) and the court's *Klingele* notice (ECF No. 47) to plaintiff Joseph Lawrence at his updated address.

I FURTHER ORDER that plaintiff Joseph Lawrence has until August 23, 2024 to respond to the defendants' motion for summary judgment.

DATED this 2nd day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE