# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH E. LAWRENCE,<br><br>Plaintiff<br><br>v.<br><br>DR. MINEV, et al.,<br><br>Defendants | Case No.: 2:22-cv-01782-APG-EJY<br><br>**Order** |

I ORDER that by October 11, 2024, the defendants shall file proof that they complied with my order (ECF No. 53) to send copies of their motion for summary judgment (ECF No. 43) and the court's *Klingele* notice (ECF No. 47) to plaintiff Joseph Lawrence at his updated address.

DATED this 30th day of September, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE