UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH E. LAWRENCE,<br><br>       Plaintiff<br><br>v.<br><br>DR. MINEV, et al.,<br><br>       Defendants | Case No.: 2:22-cv-01782-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 59] |

On December 4, 2024, Magistrate Judge Youchah recommended that I dismiss this case because plaintiff Joseph Lawrence did not comply with her order to update his address by the given deadline and Lawrence has not otherwise communicated with the court. ECF No. 59. Lawrence did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 59)** is accepted and plaintiff Joseph Lawrence's complaint **(ECF No. 6) is DISMISSED without prejudice**. The defendants' motion for summary judgment **(ECF No. 43) is DENIED as moot**, and the clerk of court is instructed to close this case.

DATED this 19th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE